544 U.S. 1007
 CONTRERAS-VELASQUEZ, AKA CONTRERAS, AKA RAMIREZ, AKA RAMIREZ CONTRERAS, AKA LEON CONTRERAS
v.
UNITED STATES.
RAMIREZ-TORRES, AKA ZAVALSA-RIVERA
v.
UNITED STATES. and
REGIL-RODRIGUEZ, AKA FIGUEROA-RIOS
v.
UNITED STATES.
 No. 04-9294.
 Supreme Court of United States.
 April 25, 2005.
 
 1
 C. A. 5th Cir. Certiorari denied. Reported below: 115 Fed. Appx. 244 (first judgment), 245 (third judgment), and 268 (second judgment).